## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARTIN L. SAMUDIO and SAN JUANITA SAMUDIO,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **Civil Action No. 5:19-cv-1334-DAE** |
| **LOAN CARE, LLC, Mortgage Servicer for LAKEVIEW LOAN SERVICING, LLC,** | § § § § § | |
| *Defendants.* | § | |

### DEFENDANTS's DISLCOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Loan Care, LLC, ("Loan Care") Mortgage Servicer for Lakeview Loan Servicing, LLC's ("Lakeview") ("Defendant") files Defendant's Disclosure Statement and Certificate of Interested Parties and would show as follows:

### A. Disclosure Statement

1.      Defendant Lakeview Loan Servicing, LLC's sole member is Bayview MSR Opportunity Corp. No public held corporation owns more than 10% of Bayview MSR Opportunity Corp. stock.

### B. Disclosure of Interested Persons

2.      The following persons may have a financial interest in the outcome of this lawsuit:

a.      Martin L. Samudio – Plaintiff;

b.      San Juanita Samudio – Plaintiff;

c.      Loan Care, LLC as Mortgage Servicer for Lakeview Loan Servicing, LLC – Defendant;

e.      Morris J. Kirschberg, Morris Kirschberg Law Firm, 5835 Callaghan Road, Suite 100, San Antonio, Texas 78228, morris@mkirschberg.com – Counsel for Plaintiff; and

d.      Mark D. Hopkins, Hopkins Law, PLLC, Of Counsel to Codilis and Moody, P.C., 400 North Sam Houston Parkway East, Suite 900A, Houston, Texas 77060, (281) 925-5243.

Date:  November 26, 2019

Respectfully submitted,


By:      */s/ Mark D. Hopkins*
         Mark D. Hopkins
         Hopkins Law, PLLC
         State Bar No. 00793975
         3809 Juniper Trace, Suite 101
         Austin, Texas 78738
         (512) 600-4320
         mark@hopkinslawtexas.com

         OF COUNSEL for
         **CODILIS & MOODY, P.C.**
         400 North Sam Houston Parkway East
         Suite 900A
         Houston, Texas 77060
         (281) 925-5243
         (281) 925-5343 Fax

         **ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of November 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

Morris J. Kirschberg
Morris Kirschberg Law Firm
5835 Callaghan Road, Suite 100
San Antonio, Texas 78228
morris@mkirschberg.com

**ATTORNEY FOR PLAINTIFFS**

*/s/ Mark D. Hopkins*
Mark D. Hopkins